UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRUCE ROBERTS,<br>    Defendant | Crim. Action No. 95-225 &<br>Civil Action No. 04-5045<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court on defendant Bruce Robert's motion to file an appeal to the Third Circuit out of time (D.E.8); defendant having indicating in his motion that he did not receive this Court's order entered on April 15, 2008 (D.E. 5) which denied his writ of mandamus; and good cause appearing,

It is on this 8th day of July, 2008,

**ORDERED** that defendant's motion for leave to appeal (D.E. 8) is **granted**. It is further,

**ORDERED** that the Clerk of the Court correct the criminal docket to reflect defendant's correct mailing address as follows: Bruce James Roberts, #12042-050, United States Penitentiary Lee County, P.O. Box 305, Jonesville, VA 24263-0305.

/s/Katharine S. Hayden
Katharine S. Hayden
United States District Judge