**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Action No. 95-225 &<br>Civ. Action No. 04-5045 |
| BRUCE ROBERTS, | |
| Defendant | **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

       This matter having come before the Court on defendant/petitioner Bruce Roberts' application to correct his June 18, 2008 notice of appeal pursuant to Fed. R. Crim. P. 10(e); and good cause appearing,

       It is on this 11th day of August, 2008

       **ORDERED** that Bruce Roberts' application (No. 04-5045, D.E. 20) is **denied.** The Court permitted Roberts to file a Notice of Appeal out of time for review of the order he specified in his application of June 16, 2008. (D.E. 11.) Roberts is now attempting to seek an enlargement of time for appeal of a different order without providing any basis; and it is further

      **ORDERED** that the Clerk's office shall docket this order in both his civil and criminal cases; and it is further

      **ORDERED** that the Clerk's office shall provide a copy of this order to defendant.


                              /s/Katharine S. Hayden
                              Katharine S. Hayden
                              United States District Judge